### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY STEELE, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-05-0703-F |
| | ) |
| EDWARD L. EVANS, | ) |
| | ) |
|     Respondent. | ) |

### ORDER

This action seeks habeas relief under 28 U.S.C. § 2241. Magistrate Judge Gary M. Purcell's Supplemental Report and Recommendation (docket entry no. 14) recommends that Respondent's Motion to Dismiss (docket entry no. 12) be granted and that the Petition be dismissed as moot.

The Report advised Petitioner of his right to file an objection to the Report and advised that any such objection must be filed by August 29, 2005. The Report further advised that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues addressed in the Report. Petitioner has not objected to the Report and has not sought an extension of time within which to object.

After study of the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or the magistrate judge's analysis, here.

Therefore, the Report and Recommendation of Magistrate Judge Gary M. Purcell is **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety. For the

reasons stated in the Report, Respondent's Motion to Dismiss is **GRANTED**, and the Petition is **DISMISSED** as moot.

Dated this 12th day of September, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0703p003(pub).wpd